```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TREVOR FORREST,                                                  :
:
                        Plaintiff,                               :
:                   21-cv-10152 (LJL)
           -v-                                                   :
:                        ORDER
DEPARTMENT OF CORRECTION, et al.,                                :
:
                        Defendants.                              :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 8, 2022, defendants City of New York, Department of Correction, Warden Renee, and Captain Carter (collectively, "Defendants") filed a motion to dismiss Plaintiff's Complaint.  Dkt. No. 25.  Plaintiff has not yet responded to the motion despite being served with the same.  It is hereby ORDERED that Plaintiff shall respond to the Defendant's motion to dismiss his Complaint by July 8, 2022.

      SO ORDERED.

Dated: June 9, 2022
       New York, New York                              _____
                                                                                LEWIS J. LIMAN
                                                                    United States District Judge