```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

    Plaintiff,

-against-

DEPARTMENT OF CORRECTION,
G.R.V.C., et al.,

    Defendants.

21-CV-10152 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court notes that plaintiff's letter dated June 20, 2022 and received on July 12, 2022 (Dkt. No. 35) appears intended, in part, to supplement the allegations in his Complaint (Dkt. No. 2) in response to defendants' pending motion to dismiss (Dkt. No. 25.) The Court may, in its discretion, consider factual allegations made in a *pro se* plaintiff's opposition papers "as supplementing the Complaint, at least to the extent they are consistent with the allegations in the Complaint." *George v. Pathways to Hous., Inc.*, 2012 WL 2512964, at *6 n.7 (S.D.N.Y. June 29, 2012); *accord Adeniji v. New York State Office of the State Comptroller*, 2019 WL 4171033, at *2 (S.D.N.Y. Sept. 3, 2019). Defendants' reply papers in support of their motion to dismiss, if any, shall be filed no later than **July 28, 2022**.

Dated: New York, New York
       July 14, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**