UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,
         Plaintiff,

-against-

DEPARTMENT OF CORRECTION, G.R.V.C., et al.

         Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/07/2022
```

21-CV-10152 (LJL) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

On September 13, 2022, the Court received a typewritten proposed Second Amended Complaint (SAC) (Dkt. 43), which bears the caption of this case but is undated and is unsigned. For the reasons discussed in the Court's order dated September 30, 2022 (Dkt. 44), the Court gave plaintiff until October 31, 2022 to file a motion seeking leave to amend, should he wish to do so, and to resubmit a proposed SAC signed in his own hand.

This deadline having run, and plaintiff having failed to seek leave to amend or to resubmit a proposed SAC signed in his own hand, this Court hereby STRIKES the Second Amendment Complaint (Dkt. 43) from the record, and will turn to the pending motion to dismiss the original Complaint.

Dated: New York, New York
       November 7, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**