UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,
          Plaintiff,

-against-

DEPARTMENT OF CORRECTION, G.R.V.C., et al.

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/12/2023
```

21-CV-10152 (LJL) (BCM)

**CORRECTED ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' papers in support of their motion to dismiss (Dkts. 25-26, 40), which reference, but which do not attach, a lockdown order that, according to defendants, "made lawful" the restrictions of which plaintiff complains. (Dkt. 40 at 2.) Defendants are hereby directed to file a copy of the referenced lockdown order no later than **January 18, 2023**. If defendants wish to file the order under seal, they shall comply with Moses Ind. Prac. § 3.

    This Order supersedes the order at Dkt. 49, which contained a typographical error.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**