UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

        Plaintiff,

-against-

CITY OF NEW YORK, WARDEN RENEE, and CAPTAIN CARTER,

        Defendants.

21-CV-10152 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 27, 2021, the Court dismissed plaintiff's claims against the New York City Department of Correction, "because an agency of the City of New York is not an entity that can be sued." (Dkt. 14 at 2.) The Clerk of Court is respectfully directed to substitute the City of New York for the Department of Correction in the caption of this action.

Dated: New York, New York
       January 30, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**