```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/27/2023
```

TREVOR FORREST,

      Plaintiff,

-against-

WARDEN RENEE, et al.,

      Defendants.

21-CV-10152 (LJL) (BCM)

**ORDER TO WARDEN REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

This action is scheduled for an initial case management conference, in accordance with Fed. R. Civ. P. 16, via telephone, on **May 31, 2023 at 11:00 a.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the George R. Vierno Center (GRVC) produce plaintiff Trevor Forrest, Inmate No. 3492002023, on **May 31, 2023, no later than 10:45 a.m.**, to a suitable location within the GRVC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the GRVC to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

2

Dated: New York, New York
March 27, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2