UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

          Plaintiff,

-against-

WARDEN RENEE, et al.,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/20/2023
```

21-CV-10152 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appears that plaintiff Trevor Forrest is no longer housed at the George R. Vierno Center. The Court's Order Scheduling Initial Case Management Conference (Dkt. 62) and the Order to Warden Regarding Initial Case Management Conference (Dkt. 63), both issued on March 27, 2023, were returned to sender. The Court has determined that plaintiff is now in custody at the Elmira Correctional Facility.

    Plaintiff is reminded that it is his responsibility to update his address with the Court so that he can timely receive the Court's Orders, as well as documents filed by defendants, and so that he can comply with his case-related obligations. **Should plaintiff move (or be moved) again, he must promptly send a letter to the Court providing his new mailing address**. The Court will not track him down a second time. If plaintiff fails to update the Court as to his address, fails to comply with a Court order, or otherwise fails to meet his case-related responsibilities, the Court could impose a variety of sanctions, including dismissal of this action.

The Clerk of Court is respectfully directed to mail copies of this Order, as well as the Order at Dkt. 62, to plaintiff at his new address, and to update his address on the docket as follows:

Trevor W. Forrest
DIN 23B1486
Elmira Correctional Facility
1879 Davis St.
P.O. Box 500
Elmira, New York 14901-0500

Dated: New York, New York
April 20, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**