UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

        Plaintiff,

-against-

WARDEN RENEE, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/04/2023

21-CV-10152 (LJL) (BCM)

**ORDER TO SUPERINTENDENT REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for an initial case management conference, in accordance with Fed. R. Civ. P. 16, via telephone, on **May 31, 2023 at 11:00 a.m.**

    It is hereby **ORDERED** that the Superintendent or other official in charge of the Attica Correctional Facility (Attica) produce plaintiff Trevor Forrest, Inmate No. 23B1486, on **May 31, 2023, no later than 10:45 a.m.**, to a suitable location at Attica that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

    Defendants' counsel must: (1) send this Order to the Superintendent immediately; (2) contact Attica to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

This Order resolves the letter-motion at Dkt. 66.

Dated: New York, New York
May 4, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**