UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

          Plaintiff,

-against-

WARDEN RENEE, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/05/2023

21-CV-10152 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants have notified the Court that plaintiff Trevor Forrest is no longer housed at Elmira Correctional Facility. (Dkt. 66.) The Clerk of Court is therefore respectfully directed to mail copies of this Order, as well as the Order at Dkt. 67, to plaintiff at his new address, and to update his address on the docket as follows:

    Trevor W. Forrest
    DIN 23B1486
    Attica Correctional Facility
    639 Exchange Street
    Attica, NY 14011-0149

Dated: New York, New York
       May 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**