

|                                   |                              |                                      |
|-----------------------------------|------------------------------|--------------------------------------|
| **HON. SYLVIA O. HINDS-RADIX**    | THE CITY OF NEW YORK         | BRYN M. RITCHIE                      |
| *Corporation Counsel*             | **LAW DEPARTMENT**           | *Assistant Corporation Counsel*      |
|                                   | 100 CHURCH STREET            | t: (212) 356-0885                    |
|                                   | NEW YORK, NY 10007           | f: (212) 356-1148                    |
|                                   |                              | e: britchie@law.nyc.gov              |

June 27, 2023



**Via ECF**
The Honorable Barbara C. Moses
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Forrest v. Renee, et al.*, 21-CV-10152 (LJL) (BCM)

Dear Magistrate Judge Moses:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action.

      I write to respectfully request an extension of time for Defendants to respond by Motion to Dismiss to Plaintiffs' Complaint. This is Defendants' first request for such an extension; the current deadline is June 28, 2023.

      The reason for the requested extension of time is that the attorney in this office who had been assigned to handle this matter unexpectedly went out on emergency leave. While this office is hopeful that he will return from the emergency leave next month, it is not certain at this time when, exactly, he will return to the office. As such, Defendants, having reassigned the matter, requests an opportunity to familiarize newly assigned counsel with the lengthy record and to draft and file the motion papers.

      Accordingly, Defendants respectfully request that the Court grant an extension of time until July 28, 2023, to file its motion papers.

      I thank the Court for its consideration of this matter.

2

Respectfully submitted,

/s/ *Bryn M. Ritchie*

Bryn M. Ritchie

cc: **Via First-Class Mail**
Trevor Forrest
23B1486
Attica Correctional Facility
639 Exchange Street
Attica, NY 14011-0149
*Plaintiff pro se*

> Application GRANTED. Defendants shall file their motion to dismiss no later than **July 28, 2023**. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> June 27, 2023