```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TREVOR FORREST,                                                  :
                                                                 :
                        Plaintiff,                               :
                                                                 :        21-cv-10152 (LJL)
        -v-                                                      :
                                                                 :            ORDER
CITY OF NEW YORK, WARDEN RENEE, and                              :
CAPTAIN CARTER,                                                  :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is Defendants' motion to dismiss. Dkt. No. 75. Pro se plaintiff Travor Forrest ("Plaintiff") is directed to submit a response, if any, to Defendants' motion on or before August 30, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: August 2, 2023
       New York, New York
                                                    _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge