```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR FORREST,

        Plaintiff,

-against-

WARDEN RENEE, et al.,

        Defendants.

21-CV-10152 (AS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On July 28, 2023, defendants timely filed a motion to dismiss this action (Dkt. 75), and served their motion papers on plaintiff, by mail, that same day. (Dkt. 78.) Plaintiff's opposition papers were due August 30, 2023 (Dkt. 77), but, to date, plaintiff has failed to file any opposition.

    Because of plaintiff's *pro se* status, the Court, *sua sponte*, extends his deadline by 30 days. No later than **October 2, 2023**, plaintiff must file his opposition papers. If he fails to do so, the motion to dismiss will be considered unopposed.

Dated: New York, New York
       September 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**